UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING           No. 2:11-cv-01456-MCE-KJN
PROTECTION ALLIANCE,

      Plaintiff,
                                  ORDER CONTINUING TRIAL
  v.

MATHESON TRI-GAS, INC., ET
AL.,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the October 21, 2013 bench trial is vacated and continued to **March 17, 2014,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 9, 2014.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the September 5, 2013 Final Pretrial Conference is vacated and continued to **January 23, 2014,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 2, 2014** and shall comply with the procedures outlined in the Court's September 7, 2011 Pretrial Scheduling Order.

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 2, 2014**. Oppositions must be filed by **January 9, 2014** and any reply must be filed by **January 16, 2014**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE