ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Erik@packardlawoffices.com
        Emily@packardlawoffices.com

Attorneys for Petitioner
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>MATHESON TRI-GAS, INC., a Delaware corporation, BRENT KRIEGER, an individual, and, JAMES MURPHREE, an individual,<br><br>    Defendants, | Case No. 2:11-CV-01456-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   February 21, 2013<br>Time:   2:00 p.m.<br>Dept.:  Courtroom 7<br>Judge:  Hon. Morrison C. England |

**ORDER**

Good cause appearing therefor, Plaintiff's motion to continue by four weeks the hearing on Defendants' motion for summary judgment, from April 4, 2013 to May 2, 2013 is GRANTED.

Dated:  January 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE