ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
         Erik@packardlawoffices.com
         Emily@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATHESON TRI-GAS, INC., a Delaware corporation, BRENT KRIEGER, an individual, and, JAMES MURPHREE, an individual,<br><br>        Defendants. | Case No. 2:11-CV-01456-MCE-KJN<br><br>STIPULATION TO CONTINUE THE DEADLINE TO DISCLOSE EXPERT WITNESSES; ORDER THEREON<br><br>Judge: Hon. Morrison C. England |

**WHEREAS**, on September 7, 2011, this Court issued a Pretrial Scheduling Order ("Order") (ECF No. 9, at 2:11-18) requiring the parties to designate expert witnesses no later than February 21, 2013 and accompany such designations by a written report prepared and signed by the expert witness;

**WHEREAS**, on January 24, 2013, Plaintiff California Sportfishing Protection Alliance ("CSPA") filed a motion to dismiss this case with prejudice;

**WHEREAS**, the hearing on CSPA's motion to dismiss is set to occur on February 21, 2013, i.e., the same date currently set as the deadline for the filing of the parties' expert designations and accompanying reports;

**WHEREAS**, a conservative estimate would be that the preparation of such reports would cause both sides to incur thousands of dollars in additional costs;

**WHEREAS**, good cause exists to continue this deadline two weeks because if the Court grants CSPA's motion to dismiss, set for hearing on February 21, 2013 (i.e., the same date that is currently set for the expert designation and report deadline), it will obviate the need for the parties to file any expert designations and reports and any time or resources spent preparing such filings will have been wasted;

**WHEREAS**, alternatively, if the Court denies CSPA's motion to dismiss, good cause also exists to continue the expert designation and report deadline by two weeks because then the parties could defer expenditure of the resources necessary to prepare their expert reports until after the Court rules on CSPA's motion to dismiss at the hearing;

**THEREFORE, IT IS HEREBY STIPULATED** by and among CSPA and Defendants, in the interest of fairness, judicial economy and the efficient use of the parties' resources, that the deadline to disclose expert witnesses currently set in this case should be continued two weeks.

Respectfully submitted,

Dated: January 24, 2013    LAW OFFICES OF ANDREW L. PACKARD

By: **/s/ Erik Roper**
    ERIK M. ROPER
    Attorneys for Plaintiff
    California Sportfishing Protection Alliance

Dated: January 24, 2013    HANSON BRIDGETT LLP

By: **/s/ Michael J. Van Zandt**
    MICHAEL J. VAN ZANDT
    SOPHIA B. BELLOLI
    Attorneys for Defendants
    Matheson Tri-Gas, Inc., Brent Krieger, and James Murphree

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that the deadline to disclose expert witnesses currently set in this case, as set forth in the Court's Pretrial Scheduling Order dated September 7, 2011, is hereby continued two weeks to March 7, 2013.

IT IS SO ORDERED.

Dated: January 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE