ANDREW L. PACKARD (State Bar No. 168690)
LAURIE MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MATHESON TRI-GAS, INC., a Delaware corporation, BRENT KRIEGER, an individual, and, JAMES MURPHREE, an individual,<br><br>　　　　　　Defendants. | Case No. 11-CV-01456-MCE-KJN<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT FEBRUARY 21, 2013 HEARING ON PLAINTIFF'S MOTION TO DISMIISS WITH PREJUDICE** |

## ORDER

Good cause appearing, counsel's request to appear by phone is GRANTED.  Counsel shall be available at (707) 787-7033 at least fifteen (15) minutes before the hearing.

IT IS SO ORDERED.

Dated:   February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE